**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| ASHLEY SENVISKY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CASE NO. 1:26-CV-01586<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>**ORDER** |

Before the Court is the parties' joint stipulation, and request for an order, to remand this matter to the Commissioner. (ECF Doc. 12.) This matter is **REVERSED and REMANDED** for further proceedings, pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The case is remanded due to agreed deficits in the ALJ's consideration of Plaintiff's subjective complaints. *See Follen v. Comm'r of Soc. Sec.*, 167 F.4th 352 (6th Cir. 2026). The Appeals Council shall instruct the Administrative Law Judge to further consider the Plaintiff's claim on remand, including offering Plaintiff a new hearing, taking any further action necessary to complete the administrative record, and issuing another decision.

IT IS SO ORDERED.

Dated: November 23, 2026

*/s/ Amanda M. Knapp*
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE